*(Rev. 5/1/13)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_Shreveport_ DIVISION

RECEIVED

NOV 30 2020

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Civil Action No. _____    SEC. P

_____
Plaintiff

Prisoner # _____

VS.                                    Judge _____

                                       Magistrate Judge _____

_____
Defendant

2:20-cv-1579

## COMPLAINT

**PRISONER CIVIL RIGHTS UNDER ~~42 U.S.C. § 1983~~** Federal Tort Claim Act
28 U.S.C. §§ 1346 (b), 2671 et. seq.

I.    **Previous Lawsuits**

a.    Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [ ]    No [ ]

b.    If your answer to the preceding question is "Yes," provide the following information.

1.    State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

_____

_____

2.    Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3.    Docket number(s): _____

4.    Date(s) on which each lawsuit was filed: _____

5.    Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

Page 1 of 4

*(Rev. 5/1/13)*

c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ☐     No ☒

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

**II.   a.   Name of institution and address of current place of confinement:** Ronald Tuttle 22260-055

Oakdale FCC, Oakdale 2, P.O.Box 5010, Oakdale, LA. 71463

b.   Is there a prison grievance procedure in this institution?

Yes ☒     No ☐

1.   Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ☒     No ☐

2.   If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3.   If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

Filing BP8, BP9, BP10/11
A

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.   Parties to Current Lawsuit:**

a.   Plaintiff, United States Attorney / US Attorney General
     Address   Under Federal Tort Claims Act
                28 USC §§1346(b), 2671 et. Seq.

Page 2 of 4

*(Rev. 5/1/13)*

b.   Defendant, _____ , is employed as

_____ at _____ .

Defendant, _____ , is employed as

_____ at _____ .

Defendant, _____ , is employed as

_____ at _____ .

Additional defendants, _____

_____

IV.   **Statement of Claim**

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

See Attached "Complaint" explains
All information of FTCA Complaint

Page 3 of 4

*(Rev. 5/1/13)*

**V.   Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

50 Million Dollars In Money Damages

Immediate Release / Time Served

**VI.   Plaintiff's Declaration**

a.   I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.   I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.   If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this __24__ day of __November__, 20 __20__ .

__#22260-055__                                    __Ronald Tuttt__

**Prisoner no. (Louisiana Department of**          **Signature of Plaintiff**
**Corrections or Federal Bureau of Prisons)**

Page 4 of 4

*(Rev. 5/1/13)*

## INSTRUCTIONS FOR FILING A
## PRISONER CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

1. **FILL OUT THE FORM**: Your complaint must be on the attached form; otherwise it will be returned to you. You may attach additional pages where necessary. You must file a separate complaint for each claim unless the claims are related to the same incident or issue.

2. **STATE ONLY FACTS**: Your complaint must include only facts - not legal arguments or citations. In order to state a claim under §1983, you must state **facts** which show that the named defendant(s) violated your rights secured by the Constitution.

3. **TYPE OR PRINT THE COMPLAINT**: Your complaint must be typed or legibly handwritten in pen (not pencil) and written on only one side of the page.

4. **PAPER SIZE**: All pleadings and other papers submitted for filing must be on letter size 8½" x 11" paper. (not legal size paper).

5. **SIGN THE COMPLAINT**: The complaint must bear an original signature of the plaintiff and not a copy. The signature does not need to be notarized.

6. **LOCATION OF DEFENDANT(S)**: Your complaint can be filed in this court (the Western District of Louisiana) **only** if one or more of the named defendants are located within this district.

7. **FEES AND COSTS**: You must pay a filing fee of $400. If you are unable to pay the entire filing fee and service costs for this action, you may petition the court to proceed as a pauper (*"in forma pauperis"*). However, even if the court grants your request, you will be required to pay a filing fee of $350.00 as set forth on the application to proceed *in forma pauperis*.

8. **PROCEEDING *IN FORMA PAUPERIS***: If you are proceeding under 28 U.S.C. § 1915, *et seq.*, the court will review your complaint before ordering service of process on the defendants. The review will determine whether the complaint is legally frivolous or malicious, or fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. *See*, 28 U.S.C. § 1915(e)(2). Your complaint will also be reviewed to determine whether you should be required to exhaust administrative remedies. *See*, 42 U.S.C. § 1997e(a).

9. **THREE OR MORE SUITS**: If you have filed three or more civil actions and/or appeals while incarcerated or detained, and the actions have been dismissed on grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, you will not be permitted to proceed *in forma pauperis* unless you are under imminent personal danger. *See*, 28 U.S.C. § 1915(g).

10. **WHERE TO MAIL**: When the complaint and/or pauper application is completed, inmates who reside in or who are transferred into La. Department of Corrections facilities that are participating in the Electronic Filing Pilot Program, shall provide pleadings to the prison to be scanned and emailed to the court. Inmates at all other facilities shall mail the originals to the **Clerk of the United States District Court for the Western District of Louisiana, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

11. **SERVICE OF PROCESS**: The Marshal will serve the defendant(s) only if the service costs have been paid, or the court has granted the application to proceed *in forma pauperis*. You must furnish the Marshal with a correct and complete name and address for each defendant.

12. **COPIES**: You must pay the Clerk for any copies of your complaint or other court records, even if you are proceeding *in forma pauperis*.

"Formal Declaration of "All Events" that finally Led up to Court In New Jersey Getting Court fees Paid for Case # 1:20-CV-02523-RMB-KMW Ronald Tuttle V United States

Attached → ⟵ (COMPLAINT)

#1) Originally I paid Court fee's for Case # 1:20-CV-02523-RMB-kmw In Camden, New Jersey Ronald Tuttle V United States By Form of BP199 that Was Done Electronically, then Printed out And Signed By Myself, then Given to Unit Manager Gasaway Who Signed this BP199 on 5/16/2020 At 11:05Am Seen on Commissary on Same Date/time Stating "BP199 Request Reference # 2230 for $400.00 for Court fees Memo: 1:20-CV-02523-RMB-Kmw SomeHow Either Gasaway Never Turned this into Trust fund or It was Lost on Its Way to Trust fund or 3rd Trust fund Just Ignored the BP199 Itself Either Way The BP199 Was Not Paid And on 6/16/2020 At 3Am on Commisary List Shows the BP199 Getting What Is Called "Released" Ref #2230 $400.00 Clearly This facility Never Paid Court its fee's or Attempted to Get A hold of me in Any Way, Shape or form And Alerting me to fact that they Were Not Going to Pay The BP199.

• Court In New Jersey By Judge Renee Marie Bumbs order Closed Case for Lack of Payment of Court fee's.

• I put in for An Extension of time And Explained I Did timely Pay the Court on May 16, 2020 Yet this facility Never Paid the Court fees. Judge

• On July 27th, 2020 Judge Bumb ordered Me An Extension of time of 30 Days to Pay Court fees to Reopen Case. 30 Days Would Be On August 27, 2020 which Again As I will Show this facility Didn't Pay "Again" on Second BP199 Attempt

(#1) Continued: "3 Seperate Extensions of time (Cont'inued):

• August 27th 2020 Came Court Still Not Paid By New BPI99 So I Had to Put In Yet Another Extension of time to Get Court Paid Court fee's

• on August 27, 2020 Judge Renee Marie Bumb. Gave me Yet "Another" Extension of time of 30 Days uptil September 27, 2020 to Pay Court fees.

• Nearing September 27th 2020 Court still Not Paid fee's through multiple Attempts By multiple BP199's At this Point I put in An Extension of time for "3rd time" And was Given 45 Day Extension of time From September 27th 2020 up to November 7, 2020.

(#2) Now let me Explain Exact order of Events that occured After Initial Payment on May 16, 2020 as follows:

(I was located in the "SHU" during following time-period In Cell with JOSH LAWSON 52149-074 who Can Verify All From this Point forward:

(#1) At August 5th 2020 I moved in with JOSH Lawson In SHU - shu Hald WallK Through And Seen AW and told Her to Help me out to Find out if BP199 Was Paid from Trust Fund Back in 5/16/2020 Aw told me talk to unit team (ulo Unit team Came). Talked to Captain Ashford He told me Same thing So I still Don't Know if Check Has Been Sent to Camden.

(Page 3 of 7 Pages)

(#2) "Time line" "Continued" "Walkthrough" 8/5/2020 Continued!

(2nd) on 8/5/2020 I Gave A Hand Written letter to Ms morehead told Her to Give it to Ms Strother Unit Secretary the letter stated Wanted Confirmation that New Jersey Court Was Paid By May BP199, Never A Reply!

(3rd) Same Walkthrough 8/5/2020 - Gave letter to Lt. Greenfield to Give to Gasaway Unit Manager for OB-B Same One who Signed the orig BP199 on May 16, 2020 No Reply from Gasaway!

• On Thursday August 6th 2020 - Gave Another "letter to Gasaway" to Ms Nugent who works in OB-B Unit Daily - Again Never Got Reply from Gasaway stating if Court Was Paid or if it Wasn't Paid.

• I Sent letters to Gasaway By "mail", Sent letters to Complex Warden, Sent letter to Region - No Reply, Still No Clue if check Has left or Been Cut By Trust fund No Answer What Soever letting me Know that Trust fund Has or Has Not Attempted to Pay New Jersey Court or Not! No one will Reply And Wrote Trust Fund 10 Letters put in mail USPS to them, multiple Internal Mail Cop-outs "No Reply At All"!!

• Tuesday August 11, 2020 - Gave Cop-out to Case Manager Aubry to Give to Gasaway Again "Ignored" No Reply - Still Dont Know if New Jersey Court Has Been Paid By Trust Fund or Not!

• Wednesday August 12, 2020 - Gave letter to Gasaway to "MAXY" from R&D to Give to Gasaway - Still No Reply from Gasaway if Trust Fund Cut check or Not to Court.

**#2** Time Line (Continued):

• multiple times throughout August wrote Hundred Cop-outs to Trust Fund Asking Why they Wont Reply And Asking them if they sent Check to Court in New Jersey or Not!!

• On August 21st, 2020 I was Not Gonna Be ignored No more at this facility So on Friday August 21st 2020 I Stuck my Arm out Slot of SHU Door And Would Not Allow it to Shut until I Got Captain Ashford Down to my Cell. Ashford Came And told me He would take me to Law Library on Monday August 24, 2020 So I can show Him Payment I'm talking About to NJ Courts

• On Monday August 24th 2020 I Get taken out of SHU Cell 106 Z Range and took to Law Library with Captain Ashford. Captain Ashford Had me pull up Transaction I Show Him Exact Reciept located At 5/16/20 Ref # 2230 Showing I paid Court in New Jersey on 5/16/2020 Then I State to Ashford I'm Gonna Pay that Court Again Right Now Because I At this Stage Have Got Feeling Court Has Not Been Paid By Trust Fund. Captain Ashford Says, "Go Ahead Pay it Again And I will email It Directly to Trust Fund" - I paid it Again You Can See this on Commisary At 8/24/2020 at 11:21 AM $400.00 Reference #2532 BP199 Request. I printed it out I Signed it, Captain Ashford Signed it And He Went And faxed it And Came Back told me everything Was taken Care of And took me Back to my Cell Again ofcourse That was An outright Life Nothing Was taken Care of Again By this Lying Game Running Staff - Court Never Got Paid By this Second Attempt to Pay Camden Court!!

(Page 5 of —) (Page 6)

**#2** "Time Line"- Continued:

• I've Got Copies (multiple Copies) of this BP199 Signed By "Captain Ashford" Proving this BP199 "Was Handed to Staff—Captain Ashford Signatures on the BP199.!"

• I Got Back to Cell And Got Given "One Copy" of BP199 I Gave Copy to Officer Melder, Melder Copied it 2 times For me And Brought me Back 2 Copies. Melder told me upon return, "Tuttle I think they Are tyring to fuck over You"— at Approximately 1:30pm On 8/24/2020.

• Then Ashford Came Back to my SHU cell 106 at Approximately 2pm 8/24/2020 And Wanted Copy Back of BP199 I Was Given I told Ashford I aint Got Copy to Give Him I Already mailed it to Home to make Copies off of"!

• August 26th, 2020 - Walk through of SHU Seen Captain Ashford He Stated "He should Have never Signed the BP199 And He Gave Copy of it to Gasaway to Sign it"

• August 26th, 2020 - Same Walkthrough talked to Lti Johnson And Asked Lti Johnson to Contact Gasaway And See if Gasaway Signed the BP199 And Sent it to Trustfund. Lt. Johnson Came Back And Said, "Gasaway Signed It And Sent It to Trustfund".

• September 10th 2020 - Find out From Counselor Kirkland that BP199 that Gasaway And Ashford Both Signed Was Conveniently "lost" (Like Previous one Done on 5/16/2020 Also signed By Gasaway I Gave it to Gasaway Myself on 5/16/2020) Kirkland Gave me A Greenform BP199 I filled it out Handed it to Kirkland And Yet This Form Got lost too for 3rd time BP199's Got lost!

#2 "Time Line" (Contin'ued):

● "September 17th, 2020: Case Manager Lafargue Came to My Door in SHU And Stated "The BP199 You filled out on September 10, 2020" "Was lost" And Kirkland Gave me Another BP199 to fill out And Turn In. Lafargue Slid the BP199 Into the Door I grabbed it started to fill it out And looked up And Lafargue Slid Away like Sneakily As Possible So I Didn't Hear Him leave!!

● September 17th, 2020: Seen Lt. Jett Told Him What Was Going On And Gave Him "New BP199" So Lt. Jett Could Give to Kirkland.

● September 18, 2020 - Seen Lt. Jett He Said He Gave it to Counselor Kirkland.

● September 20, 2020 Seen Kirkland He Gave me Printout of my Commisary And Stated 9/18/20 Court fees $400 VJVO261 Payment #1824

Which Shows that on 9/17/20 I handed that BP199 out And it was paid In less Then 24 Hours on 9/18/20 Yet this Was 4th Attempt to Pay After 4 months Passed Court Case Closed, Had to Put In 3 Extensions of time All of this was Done to Prevent me from moving forward with this Case And To Get it Permenently Closed on Purpose In A Clear "Campaign of Harassment" In Retaliation at me As Shown In "Calhoun V Hargone, 312 F. 3d 730 [5th cir. 2002] And See "Witte V Wisconsin Dept of Correction, 434 F. 3d 1031, - [7th cir. 2006]. Also this IS Clear Negligence Tort In Deliberate Indiffrence They Knew Court Wasnt Paid And Did All they Could Do Not to Pay Court on 4 Seperate Attempts!!

(Page 7 of 7 Pages (Formal Declaration) All in (Timeline) is Verified & Truth By Josh Lawson 52149-074

#3 Closure of Complaint  11-24-20  # Josh Lawson 52149-074
70 Days Date    Signature

This Complaint is for 50 million Dollars in exact money Damages which is Exact Amount of the FTCA Claim In Camden NJ Court. I would Have lost the 50 million Dollars if Court Wouldn't Have Been Paid And Case Stayed Closed And Clearly Upon Proof Shown In This Complaint This "Oakdale FCC Staff Damaged me purposely Trying to make Sure Court was not Paid So Court Case Would Not Be Winnable Violating my Due Process Rights under 5th Amendment, Violation of 8th Amendment under Cruel And Unusual Punishment And 6th Amendment Violation Under My Rights to "Public Trial" or "Speedy Trial". Court Process Was Delayed, Court Process Was Closed, Was forced Into 3 Seperate Extentions To Reopen Case.

This is A "Federal Tort claim Act" Case under FTCA 28 U.S.C. §§ 1346 (b), 2671 et. seq. And is Continued At "Same Amount" I Asked In Original Tort # TRT-SCR-2021-00302 that South Central Regional office Just Denied 50 million Dollars, Denied on November 18, 2020. Clearly I Got 6 months from Said Date to Bring FTCA Case In Your District Court for 50 million Dollars And this is my Complaint In This FTCA matter To Bring Forth Said Case. Please open Case And Send me Case # And I will Pay Court Fees Immediatly So this Case will Go forward. All Herein is Truth Under Penalty of Perjury In this Formal Declaration Complaint: Ronald Tuttle, Oakdale LA 71463
November 24, 2020    Ronald Tuttle
Todays Date    Signature